UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRUNO RODI,

    Plaintiff,

v.     Case No: 2:13-cv-556-FtM-29CM

KEVIN J. RAMBOSK and KEVIN WARD,

    Defendants.

## ORDER

Before the Court is Defendants Rambosk and Ward's Motion for Extension of Time to Disclose Expert Witness and Report ("Motion") (Doc. 53), filed on January 5, 2015. Defendants move for an additional fourteen days, up to and including January 20, 2015,[1] during which to disclose their expert report. The Court previously extended the deadline for Plaintiff's disclosure of expert reports up to and including December 12, 2014, and Defendants state that although they received Plaintiff's expert disclosure on December 12, due to the intervening holidays their expert was not able to complete his report by the January 5, 2015 deadline. Doc. 53 at 1-2; *see* Doc. 51. Pursuant to Local Rule 3.01(g), counsel for Defendants contacted counsel for Plaintiff, who does not oppose the requested extension. Doc. 53 at 2.

---

[1] Defendants "respectfully request an additional 14 days, up to and including January 29, 2015, to disclose their expert witness and report." Doc. 53 at 2. As Defendants acknowledge, currently the deadline for disclosure of Defendants' expert report is January 5, 2014. *See id.*; Doc. 51. Thus, a fourteen day extension would result in a January 19, 2015 deadline for Defendants' expert disclosure.

Upon review of the Motion, the Court finds good cause and will grant the requested fourteen day extension, up to and including January 19, 2015. By extending the deadline for Defendants' expert disclosure, however, that deadline now will occur simultaneous with the discovery deadline, and only eleven days prior to the deadline for filing dispositive, *Daubert* and *Markman* motions. *See* Docs. 48, 51. As the Related Case Order and Track Two Notice states, the Court requires that the deadline for filing dispositive, *Daubert* and *Markman* motions occur at least four months before the trial term begins. Doc. 3 at 4. Per the operative Case Management and Scheduling Order (Doc. 48), the deadline for filing dispositive, *Daubert* and *Markman* motions currently is January 30, 2015, and this case is set for trial on the term beginning June 2, 2015. Thus, barely more than the minimum of four months will elapse from the deadline for filing dispostive motions until the trial term begins. The parties therefore are cautioned that the Court will be unable to grant additional extensions of the deadline for disclosure of expert witnesses beyond that granted by this Order without also extending the deadline for dispositive, *Daubert* and *Markman* motions, which, in turn, will require that this matter be reset for a later trial term.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendants Rambosk's and Ward's Motion for Extension of Time to Disclose Expert Witness and Report (Doc. 53) is **GRANTED**. Defendants Rambosk and Ward

shall have up to and including **January 19, 2015** during which to disclose their expert report.   **All other deadlines remain unchanged.**

**DONE** and **ORDERED** in Fort Myers, Florida on this 7th day of January, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record